Mrs. Annie Laurie REWIS, as temporary administratrix of the Estate of Joann Rewis, Deceased, and Mrs. Annie Laurie Rewis and Joseph Sidney Rewis, Individually, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 73–2340.

United States Court of Appeals, Fifth Circuit.

Jan. 27, 1975.

(Opinion November 18, 1974, 5 Cir., 1974, 503 F.2d 1202)

ON PETITION FOR REHEARING

Before BROWN, Chief Judge, and TUTTLE and SIMPSON, Circuit Judges.

PER CURIAM:

It is ordered that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby

Denied.

SIMPSON, Circuit Judge (dissenting):

For the reasons outlined by my dissent to the panel opinion, I respectfully register my emphatic dissent to the majority's denial of the government's petition for rehearing.